IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALVIN BARTHEL,<br><br>    Plaintiff,<br><br>  v.<br><br>MCLANE FOODSERVICE<br>DISTRIBUTION, INC., et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:22-CV-2421-TWT |

### ORDER

This is a personal injury action. It is before the Court on the Defendant's Motion to Join Edward Fowler and Rachelle Crowder as Party Defendants [Doc. 12]. The Defendant seeks to have the non-parties joined as indispensable parties under Rule 19(a). However, joinder of the parties would deprive the Court of subject matter jurisdiction. The Defendant's Motion to Join Edward Fowler and Rachelle Crowder as Party Defendants [Doc. 12] is DENIED.

SO ORDERED, this \_\_\_11th\_\_\_ day of October, 2022.

THOMAS W. THRASH, JR.
United States District Judge